**Opinion issued August 28, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00322-CV

————————————

**AKER SOLUTIONS, INC., ET AL., Appellants**

**V.**

**MARISA TISNADO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBERT TISNADO AND AS NEXT OF FRIEND OF XXX TISNADO, XXX TISNADO AND XXX TISNADO, MINORS, ET AL., Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-70230**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, and request that all costs be assessed against the party incurring the same. *See* TEX. R. APP. P.

42.1(a)(1), (d). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal, with costs to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.